**FILED**
**DECEMBER 12, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**07 C 6973**

**JUDGE KENNELLY**
**MAGISTRATE JUDGE NOLAN**

# EXHIBIT A

J. N.

```
************************
*      Customer Copy       *
************************

       Miritello's Pizza Plus
       13405 S. RIDGELAND AVE.
       PALOS HEIGHTS, IL / 60463
            708-371-0700


Date:           10/30/07
Time:           4:36 PM
Server:         O.
Order:          168467
Description:    FAST

Card Type:      Credit Card
Card No:        ************8068
Expires:        REDACTED
Appr Code:      061034


Purchases:  $    4.85


D-charge    $_____


Total:      $_____
          JASON S BLAHNIK/

I agree to pay the above total amount
according to the card issuer agreement.
```