IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JASON BLAHNIK, | ) |
| on behalf of himself and all others similarly situated, | ) ) ) |
| | ) Case No. 07 C 6973 |
| Plaintiff, | ) Judge Kennelly |
| vs. | ) Magistrate Judge Nolan |
| AJW PIZZA, INC., | ) ) ) |
| Defendant. | ) ) |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff Jason Blahnik, by and through his attorney Alex Hageli of the LAW OFFICE OF ALEX M. HAGELI, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, voluntarily dismisses this case as to his individual claims with prejudice and without an award of costs or attorneys' fees to either party.

DATED:  January 23, 2008                    Respectfully submitted,

                                            s/ Alex Hageli
                                            Alex Hageli
                                            LAW OFFICE OF ALEX M. HAGELI
                                            435 South Cleveland Avenue, Suite 306
                                            Arlington Heights, IL  60005
                                            (847) 392-4832
                                            alex@hageli.com

                                            **ATTORNEY FOR PLAINTIFF**

2

**CERTIFICATE OF SERVICE**

I hereby certify, on this 23rd day of January, 2008, I caused the foregoing **Notice of Voluntary Dismissal** to be filed electronically. Copies of docket filings may be accessed via the PACER system.

s/ Alex Hageli